UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: LEE, BETTY L | § Case No. 10-19900 |
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/16/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/16/2011     By:  /s/BRADLEY J. WALLER
                                                 Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: LEE, BETTY L  § Case No. 10-19900
§
§
Debtor(s) §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,000.46 |
| *and approved disbursements of* | $ 187.17 |
| *leaving a balance on hand of* [1] | $ 14,813.29 |
| **Balance on hand:** | $ 14,813.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,813.29

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,250.05 | 0.00 | 2,250.05 |
| Trustee, Expenses - BRADLEY J. WALLER | 82.00 | 0.00 | 82.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses: $ 2,592.05
Remaining balance: $ 12,221.24

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,221.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,221.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,906.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 14,654.65 | 0.00 | 3,738.50 |
| 2 | Discover Bank | 19,103.78 | 0.00 | 4,873.49 |
| 3 | Fia Card Services, NA/Bank of America | 13,671.68 | 0.00 | 3,487.72 |
| 4 | Fia Card Services, NA/Bank of America | 476.41 | 0.00 | 121.53 |

Total to be paid for timely general unsecured claims: $ 12,221.24
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-19900-BWB
Betty L Lee                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 2         Date Rcvd: Nov 17, 2011
                              Form ID: pdf006         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2011.
```
db          +Betty L Lee,   1502 Huron St,   Ottawa, IL 61350-3231
15513814    +AT&T,   c/o West Asset Management,   1000 F N Travis St,   Sherman TX 75090-5054
15513813     AT&T,   c/o EOS CCA,   PO Box 806,   Norwell  MA  02061-0806
15513816     Bank Of America,   4060 Ogletown/Stanton Rd,   De5-019-03-07,   Newark, DE  19713
15513815     Bank of America,   PO Box 851001,   Dallas TX  75285-1001
15513818    +Discovery Financial Service,   c/o FMA Alliance Ltd,   11811 North Freeway  Suite 900,
              Houston  TX 77060-3292
17493861     FIA CARD SERVICES, N.A. as successor in interest,   to Bank of America, N.A. (USA) and,
              MBNA America Bank, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
15513819    +Financial Plus Credit Union,   800 Chestnut St,   Ottawa  IL 61350-4997
15513820     Morris Hospital,   Business Office,   150 W High St,   Morris  IL  60450-1497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16025733     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2011 02:46:47    Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15513817     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2011 02:46:47    Discover Card,   PO Box 6103,
              Carol Stream  IL  60197-6103
16431579     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 18 2011 02:43:30
              Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 3
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2011              Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: acox                 Page 2 of 2            Date Rcvd: Nov 17, 2011
                               Form ID: pdf006            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2011 at the address(es) listed below:
            Bradley J Waller    bjwtrustee@ksbwl.com,   il56@ecfcbis.com
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
            William T Surin    on behalf of Debtor Betty Lee aslaw@mchsi.com,   aslaw@mchsi.com
                                                                                                         TOTAL: 3