# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LEE, BETTY L | § | Case No. 10-19900 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                 .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRADLEY J. WALLER _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| Davidson County Register of Deeds | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| CLERK OF THE UNITED STATES BANKRUPT | | | | | |
| U.S. BANKRUPTCY CLERK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | | | | | |
| 2 | DISCOVER BANK | | | | | |
| 5 | FIA CARD SERVICES, N.A. AS SUCCESSO | | | | | |
| 6 | FIA CARD SERVICES, N.A. AS SUCCESSO | | | | | |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:     1

**Exhibit 8**

| | |
|---|---|
| Case No: | 10-19900    BB    Judge: BRUCE W. BLACK |
| Case Name: | LEE, BETTY L |
| | |
| For Period Ending: 04/10/12 | |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Date Filed (f) or Converted (c): | 04/30/10 (f) |
| 341(a) Meeting Date: | 06/23/10 |
| Claims Bar Date: | 07/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Undivided 1/2 interest in real estate, located a | 40,000.00 | 15,000.00 | | 15,000.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Undivided One-sixth (1/6th) interest in, real es | 13,333.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Checking Account # *******2492 @ Old Second | 284.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Household furniture and furnishings | 550.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. Books, pictures, etc | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. 2001 Grand Marquis automobile | 3,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.46 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $57,417.00 | $15,000.00 | | $15,000.46 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/12          Current Projected Date of Final Report (TFR): 03/31/12

Page:    1

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 10-19900  -BB | |
| Case Name: | LEE, BETTY L | |
| | | |
| Taxpayer ID No: | *******2208 | |
| For Period Ending: | 04/10/12 | |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******8965  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/11/11 | 1 | SunTrust Bank | Compromise Estate's Right, Title, & Interest in Debtor's Principal Residence per court order of 09/17/2004. DEPOSIT CHECK #7030586241 | 1110-000 | 15,000.00 | | 15,000.00 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 15,000.07 |
| 05/04/11 | 001001 | Davidson County Register of  Deeds P.O. Box 196398 Nashville, TN  37219-6398 | Trustee's Deed Transfer Tax | 2500-000 | | 73.50 | 14,926.57 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,926.69 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,926.81 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,926.93 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.63 | 14,898.30 |
| 08/10/11 | INT | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.03 | | 14,898.33 |
| 08/10/11 | | To Acct #*******8966 | | 9999-000 | | 14,898.33 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 15,000.46 | 15,000.46 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 14,898.33 | |
| Subtotal | 15,000.46 | 102.13 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 15,000.46 | 102.13 | |

Page Subtotals        15,000.46        15,000.46

Ver: 16.06a

FORM 2   Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-19900 -BB |
| Case Name: | LEE, BETTY L |
| | |
| Taxpayer ID No: | *******2208 |
| For Period Ending: | 04/10/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******8966  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 08/10/11 | | From Acct #*******8965 | | 9999-000 | 14,898.33 | | 14,898.33 |
| | 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,873.33 |
| | 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.56 | 14,842.77 |
| | 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.48 | 14,813.29 |
| | 12/16/11 | 000101 | BRADLEY J. WALLER | Dividend paid 100.00% on $82.00, | 2200-000 | | 82.00 | 14,731.29 |
| | | | 2045 ABERDEEN COURT | Trustee Expenses;  Reference: | | | | |
| | | | SYCAMORE, IL  60178 | | | | | |
| | 12/16/11 | 000102 | BRADLEY J. WALLER | Dividend paid 100.00% on | 2100-000 | | 2,250.05 | 12,481.24 |
| | | | 2045 ABERDEEN COURT | $2,250.05, Trustee Compensation;  Reference: | | | | |
| | | | SYCAMORE, IL  60178 | | | | | |
| * | 12/16/11 | 000103 | CLERK OF THE UNITED STATES | Dividend paid 100.00% on $260.00, | 2700-003 | | 260.00 | 12,221.24 |
| | | | BANKRUPTCY COURT | Clerk of the Court Costs (includes adversary and other | | | | |
| | | | NORTHERN DISTRICT OF IL/EASTERN | filing fees);  Reference: | | | | |
| | | | DIVISION | | | | | |
| | | | 219 S. DEARBORN STREET | | | | | |
| | | | CHICAGO, IL  60604 | | | | | |
| | 12/16/11 | 000104 | Discover Bank | Dividend paid 25.51% on | 7100-000 | | 3,738.50 | 8,482.74 |
| | | | Dfs Services LLC | $14,654.65; Claim# 1; Filed: $14,654.65; Reference: | | | | |
| | | | PO Box 3025 | | | | | |
| | | | New Albany, OH  43054-3025 | | | | | |
| | 12/16/11 | 000105 | Discover Bank | Dividend paid 25.51% on | 7100-000 | | 4,873.49 | 3,609.25 |
| | | | Dfs Services LLC | $19,103.78; Claim# 2; Filed: $19,103.78; Reference: | | | | |
| | | | PO Box 3025 | | | | | |
| | | | New Albany, OH  43054-3025 | | | | | |
| | 12/16/11 | 000106 | Fia Card Services, NA/Bank of America | Dividend paid 25.51% on | 7100-000 | | 3,487.72 | 121.53 |
| | | | by American Infosource Lp As Its Agent | $13,671.68; Claim# 3; Filed: $13,671.68; Reference: | | | | |
| | | | PO Box 248809 | | | | | |
| | | | Oklahoma City, OK  73124-8809 | | | | | |
| | 12/16/11 | 000107 | Fia Card Services, NA/Bank of America | Dividend paid 25.51% on $476.41; | 7100-000 | | 121.53 | 0.00 |

| | | | | Page Subtotals | | 14,898.33 | 14,898.33 | |

FORM 2                                                                              Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                Exhibit 9

| Case No: | 10-19900  -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | LEE, BETTY L | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******8966  Checking Account |
| Taxpayer ID No: | *******2208 | | | |
| For Period Ending: | 04/10/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| *    01/11/12 | 000103 | by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK  73124-8809 CLERK OF THE UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IL/EASTERN DIVISION 219 S. DEARBORN STREET CHICAGO, IL  60604 | Claim# 4; Filed: $476.41; Reference: <br><br>VOID Dividend paid 100.00% on $260.00, | 2700-003 | | -260.00 | 260.00 |
| 01/26/12 | | Transfer to Acct #*******3184 | Bank Funds Transfer | 9999-000 | | 260.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 14,898.33 | 14,898.33 | 0.00 |
| Less:  Bank Transfers/CD's | 14,898.33 | 260.00 | |
| Subtotal | 0.00 | 14,638.33 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 14,638.33 | |

Page Subtotals                 0.00                 0.00

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-19900 -BB | |
| Case Name: | LEE, BETTY L | |

Trustee Name: **BRADLEY J. WALLER**
Bank Name: Congressional Bank
Account Number / CD #: *******3184  Checking Account

Taxpayer ID No: *******2208
For Period Ending: 04/10/12

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******8966 | Bank Funds Transfer | 9999-000 | 260.00 | | 260.00 |
| 03/09/12 | 001001 | U.S. Bankruptcy Clerk | Payment of Reopening Fees | 2700-000 | | 260.00 | 0.00 |
| | | 219 S. Dearborn Street | | | | | |
| | | Chicago, IL  60604 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 260.00 | 260.00 | 0.00 |
| Less:  Bank Transfers/CD's | 260.00 | 0.00 | |
| Subtotal | 0.00 | 260.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 260.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******8965 | 15,000.46 | 102.13 | 0.00 |
| Checking Account - *******8966 | 0.00 | 14,638.33 | 0.00 |
| Checking Account - ********3184 | 0.00 | 260.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 15,000.46 | 15,000.46 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |